**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7366

KENNETH J. STROPP,

Plaintiff - Appellant,

versus

PIEDMONT REGIONAL JAIL; OFFICER HENDERSON;
LIEUTENANT AGNEW; DOCTOR TONEY; MEDICAL
DEPARTMENT; NURSE EMPLOYEES OF MED. CART.;
SERGEANT VANDANARE,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Jerome B. Friedman, District
Judge. (2:06-cv-00236-JBF)

Submitted: November 21, 2006        Decided:  December 1, 2006

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kenneth J. Stropp, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth J. Stropp appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) action without prejudice for failure to comply with a court order under Fed. R. Civ. P. 41(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by of the district court. <u>See</u> <u>Stropp v. Piedmont Reg'l Jail</u>, No. 2:06-cv-00236-JBF (E.D. Va. filed June 20, 2006 & entered June 21, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>